BUSCH JEWELRY CO., INC., et al., Respondents, *v.* UNITED RETAIL EMPLOYEES UNION LOCAL 830 et al., Appellants.

Submitted April 17, 1939; decided April 18, 1939.

*Walter Chalaire* for motion.

*Samuel M. Sacher* opposed.

Motion denied, with leave to renew on argument of appeal.